1
 City of Grand Junction and Public Service Company of Colorado, d/b/a Xcel Energy, Petitioners/Cross-Respondents v. John Nicola, individually and as the Personal Representative of the Estate of Danielle Nicola, Respondent/Cross-Petitioner No. 23SC932
Supreme Court of Colorado, En Banc
August 19, 2024
 
           Court
 of Appeals Case No. 22CA656
 
 
          
 GRANTED PETITIONS FOR WRIT OF CERTIORARI
 
 
          Petition
 for Writ of Certiorari GRANTED. Cross-Petition for Writ of
 Certiorari DENIED.
 
 
          [REFRAMED]
 Whether, in reversing dismissal of a survival claim based on
 the statute of limitations, the court of appeals erred in
 concluding that section 13-81-103(1)(b), C.R.S. (2023),
 applies only when a person under a disability (1) had a legal
 representative and (2) died after the expiration of the
 applicable statute of limitations but less than two years
 after the legal representative was appointed and thereby
 instead applying section 13-80- 112, C.R.S. (2023).
 
 
          [REFRAMED]
 Whether the court of appeals erred by concluding that the
 statute of limitations for a personal representative to file
 a survival action under section 13-80-112, C.R.S. (2023), is
 two years from the date of death rather than two years from
 the date of the incident as required under sections
 13-20-101(2) and 13-80-108(1), C.R.S. (2023).
 
 
          DENIED
 AS TO ALL OTHER ISSUES.